# United States Court of Appeals
# for the Fifth Circuit

———————

**No. 23-50405**
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
December 19, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ISAAC ABREGO-VARGAS,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CR-284-1

———————————————————————

Before WILLETT, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Isaac Abrego-Vargas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Abrego-Vargas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-50405

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.